| | |
|---|---|
| 1 | LAURA RUETTGERS (SBN 206636) |
| 2 | McCURDY & FULLER, LLP |
|   | 1080 Marsh Road, Suite 110 |
| 3 | Menlo Park, CA  94025 |
|   | Tel:  (650) 618-3525 |
| 4 | Fax:  (650) 618-3599 |
|   | laura.ruettgers@mccurdylawyers.com |
| 5 | |
|   | TIMOTHY R. DINGILIAN (Admitted *Pro Hac Vice*) |
| 6 | KRISTEN C. VINE (SBN 185204; Admitted to the Northern District *Pro Hac Vice*) |
|   | Jackson & Campbell, P.C. |
| 7 | 1120 20th Street NW South Tower |
|   | Washington, DC  20036-3437 |
| 8 | Tel: (202) 457-1600 |
|   | Fax: (202) 457-1678 |
| 9 | TDingilian@JacksCamp.com |
|   | KVine@JacksCamp.com |
| 10 | |
|    | Attorneys for Defendants, |
| 11 | THE INSURANCE COMPANY OF THE STATE |
|    | OF PENNSYLVANIA, AIG DOMESTIC |
| 12 | CLAIMS, INC. AND GRANITE STATE |
|    | INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 15 | OSCAR E. ERICKSON, INCORPORATED, a | Case No. 3:07-CV-01859-~~JCS~~  VRW |
| 16 | California corporation, | |
| 17 | Plaintiff, | |
|    | | **REQUEST FOR DISMISSAL WITHOUT** |
| 18 | vs. | **PREJUDICE FROM CROSS-CLAIM OF** |
|    | | **ACE AMERICAN INSURANCE** |
| 19 | NORTHWESTERN NATIONAL INSURANCE | **COMPANY / [~~PROPOSED~~] ORDER** |
|    | COMPANY OF MILWAUKEE, WISCONSIN, a | **THEREON** |
| 20 | Wisconsin corporation; PACIFIC EMPLOYERS | |
|    | INSURANCE COMPANY, a Pennsylvania | |
| 21 | corporation; ACE AMERICAN INSURANCE | |
|    | COMPANY, a Pennsylvania corporation; THE | |
| 22 | INSURANCE COMPANY OF THE STATE OF | |
|    | PENNSYLVANIA, a Pennsylvania corporation; AIG | |
| 23 | DOMESTIC CLAIMS, INC., a Delaware | |
|    | corporation; UNITED STATES FIDELITY AND | |
| 24 | GUARANTY COMPANY, a Maryland corporation; | |
|    | THE TRAVELERS INSURANCE COMPANY, a | |
| 25 | Connecticut corporation; GRANITE STATE | |
|    | INSURANCE COMPANY, a Pennsylvania | |
| 26 | corporation; and DOES 1-50, inclusive, | |
| 27 | Defendants. | |
| 28 | | |

22831

- 1 -

**Request for Dismissal Without Prejudice of Ace from Cross-Claim/[Proposed] Order**

1  Cross-Claimants The Insurance Company of the State of Pennsylvania and Granite State
2  Insurance Company are informed and believe that Cross-Defendant Ace American Insurance
3  Company is not a proper party to this lawsuit.  Cross-Claimants therefore respectfully request that
4  the Court dismiss Cross-Defendant Ace American Insurance Company, only, and without
5  prejudice, from The Insurance Company of the State of Pennsylvania and Granite State Insurance
6  Company's Cross-Claim, with each party to bear its own costs and fees.

7
8  DATED:  May 16, 2007                                    MCCURDY & FULLER LLP
9
10                                                 By:      /s/ Laura J. Ruettgers
                                                           MARY P. MCCURDY
11                                                         LAURA J. RUETTGERS
                                                           Attorneys for Defendants
12                                                         THE INSURANCE COMPANY OF THE
                                                           STATE OF PENNSYLVANIA,
13                                                         AIG DOMESTIC CLAIMS, INC. AND
                                                           GRANITE STATE INSURANCE
14                                                         COMPANY

15  Co-Counsel:
16
    Timothy R. Dingilian (Admitted *Pro Hac Vice*)
17  Kristen C. Vine (SBN 185204; Admitted to the Northern District *Pro Hac Vice*)
    JACKSON & CAMPBELL, P.C.
18  1120 20th Street, N.W., South Tower
    Washington, DC  20036
19  Telephone:  (202) 457-1600
    Facsimile: (202) 457-1678
20

21  **IT IS SO ORDERED.**
22
23  Dated: May ___, 2007

                                         IT IS SO ORDERED
                                         Judge Vaughn R Walker
                                         6/8/2007

24
25
26
27
28

22831                                      - 2 -
**Request for Dismissal Without Prejudice of Ace from Cross-Claim/[Proposed] Order**